# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| 886 JOHNSON FERRY ROAD HOLDINGS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION FILE |
| TERRACE EAST COBB PROPCO (SL-VI) LLC, | ) ) ) | NO. 1:24-cv-02088-WMR |
| Defendant. | ) ) ) | |

## DECLARATION OF ARIEL LEVIN

I, Ariel Levin, hereby declare as follows:

1. My name is Ariel Levin, and my work address is 900 19th Street NW 8th Floor, Washington, DC 20006.

2. I am over the age of 21, under no legal disability, and am competent to make this Declaration. I have never been convicted of a felony or a crime involving moral turpitude.

3. I am employed by CWCapital Asset Management LLC ("**CWCAM**") as a Vice President. CWCAM offers many services, including asset management and special servicing. In fact, CWCAM has been ranked as the #1 ranked CMBS Special Servicer for Federal Home Loan Mortgage Corporation ("**FHLMC**") for the last four years.

1

4. My role with CWCAM frequently involves supporting CWCAM's efforts as special servicer to FHLMC loans. This is one such situation.

5. The facts set forth herein are based upon my personal knowledge and are true and correct.

6. This Declaration supplements the Affidavit dated May 10, 2024 and submitted to the Court on May 13, 2024 (Dkt. No. 2-2) that I provided in support of Plaintiff's Emergency Motion for Appointment of a Receiver and Related Injunctive Relief (Dkt. No. 2).

7. In place of Matthew D. Mason of Riveron RTS, CWCAM now recommends that the Court appoint Mr. Sal Thomas of Tarantino Properties, Inc., 7887 San Felipe, Suite 237, Houston, Texas 77063 as receiver over Arbor Terrace at East Cobb, located at 886 NE Johnson Ferry Road, Marietta, Georgia 30068 (the "**Propert**y").

8. CWCAM has worked with Mr. Thomas on numerous occasions and believe he is both well qualified and well situated to serve as receiver for the Property. A true and correct copy of Mr. Thomas' brief biography and listing of Tarantino's selected experiences are attached as **Exhibit A**.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of May, 2024

_____
ARIEL LEVIN

# EXHIBIT A



## Sal Thomas, CPM | Executive Vice-President





Sal Thomas, CPM, is the executive vice-president of Tarantino's multifamily operations. With more than 33 years of multifamily management expertise, his experience includes work with conventional, public housing, senior living, student housing, REO and new development lease-up communities throughout the southern United States. Sal believes it takes a solid team with deep local market knowledge to successfully and effectively manage real estate. His dedication to that concept has helped him build a long-term, professional group of managers, leasing agents, and maintenance personnel.

Sal has been with Tarantino since 1989, and in more than 30 years with the company, his strong communication with property owners has helped him gain a unique understanding of clients' short- and long-term objectives. In addition, Sal has managed real estate for a variety of clients including private investors, banks and national institutional investors. Sal matches the right team with the right property—with the ultimate goal of enhancing client investments and overall property performance.





His high-energy attitude, team approach, and dedication to excellence have translated into success for Tarantino and its clients. Sal is skilled at directing renovation and rehab assignments, and has managed millions of dollars of construction renovations.

Sal earned his Certified Property Manager (CPM) designation from the Institute of Real Estate Management, and holds a Texas Real Estate Broker's license. He has served as a court-appointed receiver for numerous properties for national institutional investors, and is on the Executive Committee for the Houston Apartment Association (HAA) and the Board of Directors for the Texas Apartment Association (TAA).



**Tarantino's current portfolio includes over 15,000 multifamily units throughout the United States.**

Since 1980, Tarantino has had national experience and expertise in all types of multifamily communities including conventional, student housing, senior living and affordable housing. Our experience in receivership and management includes the following for Sal Thomas, CPM, Executive Vice-President for Multifamily:

## MULTIFAMILY RECEIVERSHIP

| NAME OF PROPERTY | PROPERTY ADDRESS | CITY, STATE | UNITS/BEDS |
|---|---|---|---|
| Arbors at Bastrop Apartments | 202 Childers | Bastrop, TX 78602 | 88 |
| Bammelwood | 2402 Bammelwood | Houston, TX 77014 | 226 |
| Copper Creek | 14222 Wunderlich | Houston, TX 77069 | 300 |
| Glendale Park Apartments | 8801 Gustine | Houston, TX 77031 | 810 |
| Grason Falls | 3500 Red Bluff | Pasadena, TX 77503 | 302 |
| Mercedes Palms Apartments | 685 Chapman St | Mercedes, TX | 52 |
| Oak Creek Apartments | 3500 Decker Dr | Baytown, TX 77521 | 32 |
| Oaks of Brittany | 1201 Wilcrest | Houston, TX 77042 | 220 |
| Regency Manor | 5042 Wildflower Dr. | San Antonio, TX 78228 | 97 |
| Riverbank Apartments | 12261 Fondren | Houston, TX 77035 | 320 |
| Sherwood Pines Apartments | 4211 Sherwood Lane | Houston, TX | 152 |
| Weslow Manor | 3803 Weslow | Houston, TX 77087 | 32 |
| Worthington At The Beltway | 1350 Greens Pkwy | Houston, TX 77067 | 382 |
| Cedar Gardens | 3810 Bonnie View Dr | Dallas, TX 75216 | 46 |
| Chateau West | 309 Root St | Killeen, TX 76541 | 52 |
| Dutch Village Apartments | 1507 Zuider Zee Dr. | Winstom- Salem, NC 27127 | 205 |
| Lion's Run Apartments | 701 E. Central Expwy | Harker Heights, TX 76548 | 208 |
| Dixie Square Apartments | 223 N. Dixie Blvd | Odessa, TX 79761 | 108 |
| Rock Creek Apartments | 3020 N. 50th St | Fort Smith, AR 72904 | 56 |
| Windgate Apartments | 2900 W. Illinois | Midland, TX 79701 | 88 |
| Cypress Point Apartments | 1805 Hospital Drive | Jackson, MS 39204 | 207 |
| Meadows at Ferguson | 11760 Ferguson Road | Dallas, TX 75225 | 220 |
| Colonial Manor | 1823 Parsley Avenue | Pascagoula, MS 39567 | 88 |
| Camille Village Apartments | 2 Hurrican Circle | Pass Christian, MS 39571 | 86 |
| The Bluffs | 1810 Caroline Avenue | Junction City, KS 66441 | 544 |
| Elm View | 350 Elm Street | Reading, PA 19601 | 32 |
| Chateau Village | 412 Poplar Level Ct | Louisville, KY 40219 | 62 |
| Avon Apartments | 16840 Telegraph Road | Detroit, MI 48219 | 58 |
| Chicago Crossing Apartments | 18115 Fitzpatrick | Detroit, MI 48228 | 64 |
| Greenfield Square Apartments | 14811 Greenfield Rd | Detroit, MI 48227 | 48 |
| Northbrook Apartments | 9001 Southfield Hwy | Detroit, MI 48228 | 40 |
| Rouge Valley Apartments | 12830 -12870 Lahser Rd | Detroit, MI 48228 | 57 |
| Baton Rouge & Mardi Gras Apartments | 20611 W. Chicago St | Detroit, MI 48228 | 34 |
| Big Country Chateau | 6200 Asher Avenue | Little Rock, AR 72204 | 151 |
| Hillsboro Townhouse Apartements | 1600 E Short Hillsboro St. | El Dorado, AR 71730 | 152 |
| Elevate at Med Center | 7100 Ardmore Street | Houston, TX 77054 | 352 |
| Eastside Lofts | 1400 Cumberland Street | Little Rock, AR 72202 | 34 |

## SENIOR LIVING COMMUNITY RECEIVERSHIP

| NAME OF PROPERTY | PROPERTY ADDRESS | CITY, STATE | UNITS/BEDS |
|---|---|---|---|
| Glenbrooke at Palm Bay | 815 Briar Creek Blvd NE | Palm Bay, FL 32905 | 170 |
| Lake Forest Park | 2909 South 25th Street | Fort Pierce, FL 34981 | 127 |
| Lewisville Estates | 800 College Parkway | Lewisville, TX 75077 | 161 |
| New Forest Estates | 5034 New Forest Dr | San Antonio, TX 78229 | 226 |
| The Barrington | 901 Seminole Blvd | Largo, FL 33770 | 149 |
| The Devonshire | 220 Executive Dr | Hampton, VA 23666 | 155 |
| Carolina Senior Gardens | 990 Columbia Avenue | Irmo, SC 29206 | 66 |
| Charter Senior Living of Glen Ellyn | 190 Geneva Road | Glen Ellyn, IL 60137 | 46 |
| Lake Wylie Assisted Living & Memory Care | 4877 Charlotte Hwy | Lake Wylie, SC 29710 | 105 |
| Falls River Court | 1130 Falls River Avenue | Raleigh, NC 27614 | 38 |
| Falls River Village | 1110 Falls River Avenue | Raleigh, NC 27614 | 60 |
| Knollwood Pointe | 5601 Girby Road | Mobile, AL 36693 | 55 |
| Northglenn Heights | 11475 Pearl Street | Northglenn, CO 80233 | 172 |
| Mountain View | 1343 S Dora Street | Uklah, CA 95482 | 64 |
| Greenhaven Estates | 7548 Greenhaven Drive | Sacramento, CA 95831 | 105 |
| Garnett of Casa Grande | 510 E 8th Street | Casa Grande, AZ 85122 | 106 |
| The Pointe at Kirby Gate | 6480 Quince Road | Memphis, TN 38119 | 60 |
| Pecan Ridge | 10025 Anderson Mill Rd | Austin, TX 78750 | 50 |
| Stone Valley Assisted Living & Memory Care | 6155 Stone Valley Drive | Reno, NV 89523 | 66 |
| Greenfield Assisted Living Of Spotsylvania | 9300 Onyx Ct | Houston, TX 77030 | 64 |
| Colonial Oaks at Braeswood | 7800 North Stadium Drive | Fredericksburg, VA 22407 | 48 |
| Colonial Oaks at Katy | 21601 Provincial Boulevard | Katy, TX 77450 | 87 |
| Colonial Oaks at First Colony | 13825 Lexington Blvd. | Sugar Land, TX 77478 | 76 |

## STUDENT HOUSING RECEIVERSHIP

| NAME OF PROPERTY | PROPERTY ADDRESS | CITY, STATE | UNITS/BEDS |
|---|---|---|---|
| 1111 High | 1111 High | Tallahassee, FL 32304 | 326 |
| Brooks Landing | 46 Richards Rd | Hempstead, TX 77445 | 60 |
| Cottages of Cumberland Forest I | Greentree Ct | Tallahassee, FL 32304 | 84 |
| Cottages of Glenda | 1411 Rumba | Tallahassee, FL 32304 | 20 |
| Cottages of Rumba | 2474 Rumba | Tallahassee, FL 32304 | 24 |
| Cumberland Forest II | 1109 Greentree Ct | Tallahassee, FL 32304 | 7 |
| Down Under | 1600 Old Bainbridge Rd | Tallahassee, FL 32303 | 168 |
| Osceola Village Residence | 500 Chapel Dr | Tallahassee, FL 32304 | 456 |
| Osceola Village Suites | 500 Chapel Dr | Tallahassee, FL 32304 | 184 |
| Sweet Bay Club | 2309 Old Bainbridge Rd | Tallahassee, FL 32303 | 164 |
| The Oasis | 2677 Old Bainbridge Rd | Tallahassee, FL 32303 | 356 |
| University Crest Apartments | 1616 Royal Crest | Austin, TX 78741 | 105 |
| University Garden | 400 Putnam Dr | Tallahassee, FL 32301 | 320 |
| University Lofts | 680 W. Virginia St | Tallahassee, FL 32304 | 101 |
| Villa Cortez | 1834 Jackson Bluff | Tallahassee, FL 32304 | 138 |
| Brookstone | 1106 Slater St | Valdosta, GA 31601 | 30 |
| The Row Apartments | 5149 Commercial Drive | Columbia, MO 65203 | 328 |
| Creekside Court | 2 Morningstar Lane | Shippensburg, PA 17257 | 480 |
| Blanton Commons | 1505 Lankford Drive | Valdosta, GA 31601 | 862 |
| Greenhill @ Columbus Apartments | 3528-3546 Gentian Blvd | Columbus, GA 31907 | 104 |
| Boston Creek Apartments | 2701 44th Street | Lubbock, TX 79413 | 350 |



| tarantino.com | 7887 San Felipe, Suite 237 | Houston, TX 77063 | 713.974.4292